David Azar (State Bar No. 218319)
dazar@milberg.com
**MILBERG PHILLIPS GROSSMAN LLP**
16755 Von Karman Avenue, Suite 200
Irvine, California 92606
Telephone:  212-594-5300
Facsimile:   212-868-1229

Peggy J. Wedgworth (*pro hac vice forthcoming*)
pwedgworth@milberg.com
Robert A. Wallner (*pro hac vice forthcoming*)
rwallner@milberg.com
Elizabeth McKenna (*pro hac vice forthcoming*)
emckenna@milberg.com
Blake Yagman (*pro hac vice forthcoming*)
byagman@milberg.com
Michael Acciavatti (*pro hac forthcoming*)*
macciavatti@milberg.com
*admitted only in Pennsylvania
**MILBERG PHILLIPS GROSSMAN LLP**
One Penn Plaza, Suite 1920
New York, New York 10119
Telephone: 212-594-5300
Facsimile: 212-868-1229

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIANNE BENTLEY, JENNIFER GRACE, ADAN MOYA, and ROBERT WING, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC, GOOGLE IRELAND LIMITED, GOOGLE COMMERCE LIMITED, GOOGLE ASIA PACIFIC PTE. LIMITED, and GOOGLE PAYMENT CORP.,<br><br>Defendants. | CASE NO. 5:20-cv-07079<br><br>**NOTICE OF LODGING OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

TO THE COURT AND ALL PARTIES OF RECORD:

  PLEASE TAKE NOTICE that on October 13, 2020, an Administrative Motion was filed to consider whether the above-captioned case should be related to *Epic Games, Inc. v. Google LLC et al.*, Case No. 3:20-cv-05671-JD (N.D. Cal., filed Aug. 13, 2020) ("*Epic*"), the first-filed and lowest-numbered action. A copy of that filing is attached hereto as Exhibit A.

| | |
|---|---|
| Dated: October 13, 2020 | Respectfully submitted, |
| | **MILBERG PHILLIPS GROSSMAN LLP** |
| | |
| | */s/ David Azar* |
| | David Azar (State Bar No. 218319) |
| | dazar@milberg.com |
| | 16755 Von Karman Avenue, Suite 200 |
| | Irvine, California 92606 |
| | Telephone: (212) 594-5300 |
| | Facsimile: (212) 868-1229 |
| | |
| | Peggy J. Wedgworth (*pro hac vice forthcoming*) |
| | pwedgworth@milberg.com |
| | Robert A. Wallner (*pro hac vice forthcoming*) |
| | rwallner@milberg.com |
| | Elizabeth McKenna (*pro hac vice forthcoming*) |
| | emckenna@milberg.com |
| | Blake Yagman (*pro hac vice forthcoming*) |
| | byagman@milberg.com |
| | Michael Acciavatti (*pro hac forthcoming*)* |
| | macciavatti@milberg.com |
| | *admitted only in Pennsylvania |
| | **MILBERG PHILLIPS GROSSMAN LLP** |
| | One Penn Plaza, Suite 1920 |
| | New York, New York 10119 |
| | Telephone: 212-594-5300 |
| | Facsimile: 212-868-1229 |
| | |
| | *Attorneys for Plaintiffs and the Proposed Class* |