**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

|  | )  | |
|---|---|---|
|  | ) | Case No: _____ |
| Plaintiff(s), | ) |  |
|  | ) | **APPLICATION FOR** |
| v. | ) | **ADMISSION OF ATTORNEY** |
|  | ) | **PRO HAC VICE** |
|  | ) | (CIVIL LOCAL RULE 11-3) |
|  | ) |  |
| Defendant(s). | ) |  |

I, _____, an active member in good standing of the bar of _____, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: _____ in the above-entitled action. My local co-counsel in this case is _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated:

APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**Attachment**

I have been retained to represent the following parties:

DIANNE BENTLEY, JENNIFER GRACE, ADAN MOYA, CORESA TRIMBLE, and ROBERT WING, on behalf of themselves and all others similarly situated



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Michael Anthony Acciavatti, Esq.

DATE OF ADMISSION

October 26, 2017

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: April 29, 2020

John W. Person Jr., Esq.
Deputy Prothonotary