1  GEORGE A. ZELCS (*pro hac vice*)
   gzelcs@koreintillery.com
2  **KOREIN TILLERY, LLC**
   205 North Michigan, Suite 1950
3  Chicago, IL 60601
   Telephone: (312) 641-9750
4  Facsimile: (312) 641-9751

5  KARMA M. GIULIANELLI (SBN 184175)
   karma.giulianelli@bartlitbeck.com
6  GLEN E. SUMMERS (SBN 176402)
   glen.summers@bartlitbeck.com
7  JAMESON R. JONES (*pro hac vice pending*)
   Jameson.jones@bartlitbeck.com
8  **BARTLIT BECK LLP**
   1801 Wewetta St. Suite 1200,
9  Denver, Colorado 80202
   Telephone: (303) 592-3100
10 Facsimile:  (303) 592-3140

11 *Counsel for Plaintiffs and the Proposed Class*
   *in Carr v. Google LLC, et al.*
12
13 STEVE W. BERMAN (*pro hac vice*)
   steve@hbsslaw.com
14 **HAGENS BERMAN SOBOL SHAPIRO**
   **LLP**
15 1301 Second Ave., Suite 2000
   Seattle, WA 98101
16 Telephone: (206) 623-7292
   Facsimile: (206) 623-0594

17 *Counsel for Plaintiffs and the Proposed Class*
   *in Pure Sweat Basketball, Inc. v. Google LLC,*
18 *et al.*

19 BONNY E. SWEENEY (SBN 176174)
   bsweeney@hausfeld.com
20 **HAUSFELD LLP**
21 600 Montgomery Street, Suite 3200
   San Francisco, CA 94104
22 Telephone: (415) 633-1908
   Facsimile: (415) 358-4980

23 *Counsel for Plaintiffs and the Proposed Class*
   *in Peekya App Services, Inc. v. Google LLC, et*
24 *al.*

25
26 [Additional counsel appear on signature page]

27
28

PEGGY J. WEDGWORTH (*pro hac vice*)
pwedgworth@milberg.com
**MILBERG PHILLIPS GROSSMAN**
**LLP**
One Penn Plaza, Suite 1920
New York, New York 10119
Telephone: 212-594-5300
Facsimile: 212-868-1229

*Counsel for Plaintiffs and the Proposed*
*Class in Bentley v. Google LLC, et al.*

PAUL J. RIEHLE (SBN 115199)
paul.riehle@faegredrinker.com
**FAEGRE DRINKER BIDDLE &**
**REATH LLP**
Four Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

CHRISTINE A. VARNEY (*pro hac vice*)
cvarney@cravath.com
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Counsel for Plaintiff Epic Games, Inc. in*
*Epic Games, Inc. v. Google LLC, et al.*

BRIAN C. ROCCA (221576)
brian.rocca@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

*Counsel for Defendants Google LLC,*
*Google Ireland Limited, Google*
*Commerce Ltd., Google Asia Pacific Pte.*
*Ltd. and Google Payment Corp.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| EPIC GAMES, INC.,<br>　　　*Plaintiff,*<br><br>　　　　　　v.<br><br>GOOGLE LLC et al.,<br>　　　*Defendants.* | Case No. 3:20-cv-05671-JD |
| BENTLEY, et al.,<br>　　　*Plaintiffs,*<br><br>　　　　　　v.<br><br>GOOGLE LLC et al.,<br>　　　*Defendants.* | Case No. 4:20-cv-07079-DMR |
| MARY CARR, et al.,<br>　　　*Plaintiffs,*<br><br>　　　　　　v.<br><br>GOOGLE LLC et al.,<br>　　　*Defendants.* | Case No. 3:20-cv-05761-JD |
| PURE SWEAT BASKETBALL, INC., et. al,<br>　　　*Plaintiffs,*<br><br>　　　　　　v.<br><br>GOOGLE LLC et al.,<br>　　　*Defendants.* | Case No. 3:20-cv-05792-JD |
| PEEKYA APP SERVICES, INC., et. al,<br>　　　*Plaintiffs,*<br><br>　　　　　　v.<br><br>GOOGLE LLC et al.,<br>　　　*Defendants.* | Case No. 3:20-cv-06772-JD<br><br>**JOINT NOTICE REGARDING STATUS OF PROTECTIVE ORDER**<br><br>Judge:  Hon. James Donato |

1    Plaintiffs in the above-captioned actions (the "Related Actions"), consisting of Plaintiffs in

2   *Mary Carr, et al. v. Google LLC, et al.*, Case No. 3:20-cv-05761-JD ("Carr Plaintiffs"), *Bentley et*

3   *al. v. Google LLC et al.*, No. 4:20-cv-07079-DMR ("Bentley Plaintiffs" and, together with Carr

4   Plaintiffs, Consumer Plaintiffs), *Pure Sweat Basketball, Inc., et al. v. Google LLC*, *et al*., Case No.

5   3:20-cv-05792-JD ("PSB Plaintiffs"), *Peekya App Services., Inc. v. Google LLC et al.*, Case No.

6   3:20-cv-06772-JD  ("Peekya Plaintiffs" and, together with PSB Plaintiffs, Developer Plaintiffs)

7   and *Epic Games Inc. v. Google LLC, et al.*, Case No. 3:20-cv-05671-JD ("Epic" and, together with

8   Consumer Plaintiffs and Developer Plaintiffs, the "Plaintiffs"), and the Google Defendants in the

9   Related Actions, Google LLC; Google Ireland Limited; Google Commerce Ltd.; Google Asia

10  Pacific Pte. Ltd.; and Google Payment Corp. (collectively "Google"; each of the Consumer

11  Plaintiffs, the Developer Plaintiffs, Epic and Google will be referred to as a "Party" and, all four

12  groups collectively shall be referred to as the "Parties"), by and through their respective counsel

13  wish to provide notice to the Court regarding the Parties' negotiations over a stipulated Protective

14  Order in the Related Actions.

15    The Parties have been working diligently to negotiate a stipulated Protective Order for the

16  Related Actions and are making progress on a final agreement. However, there are a few

17  remaining issues and the Parties wish to continue to meet and confer on October 23, 2020 in an

18  effort to resolve any remaining differences. Once their meet and confer is completed, the Parties

19  will file a stipulated Protective Order or present any remaining disputed issues to the Court on

20  October 23, 2020.

21

22

23

24

25

26

27

28

1

Dated:  October 22, 2020

CRAVATH, SWAINE & MOORE LLP
    Christine Varney

2

    Katherine B. Forrest
    Gary A. Bornstein
    Yonatan Even

3

    Laurent A. Moskowitz
    M. Brent Byars

4

5

Respectfully submitted,

6

By:    /s/  *Yonatan Even*

7

     Yonatan Even

8

    *Counsel for Plaintiff Epic Games, Inc.*

9

Dated:  October 22, 2020

KOREIN TILLERY, LLC

10

    George A. Zelcs
    Robert E. Litan
    Randall P. Ewing, Jr.

11

    Jonathan D. Byrer
    Stephen M. Tillery

12

    Michael E. Klenov
    Carol L. O'Keefe

13

14

BARTLIT BECK LLP
    Karma M. Giulianelli

15

    Glen E. Summers
    Jameson R. Jones

16

17

Respectfully submitted,

18

By:    /s/  *Jamie L. Boyer*
     Jamie L. Boyer

19

    *Counsel for Plaintiffs and the Proposed*

20

    *Class in Carr v. Google LLC et al.*

21

22

23

24

25

26

27

28

JOINT NOTICE REGARDING STATUS OF PROTECTIVE ORDER
Case Nos.: 3:20-cv-05671-JD; 3:20-cv-05761-JD; 3:20-cv-05792-JD

1  Dated:  October 22, 2020          HAGENS BERMAN SOBOL SHAPIRO LLP
2                                     Robert F. Lopez
                                      Benjamin J. Siegel

3                                     Respectfully submitted,

4                                     By:  /s/  *Steve W. Berman*
5                                          Steve W. Berman

6                                          *Counsel for Plaintiffs and the Proposed*
                                           *Class in Pure Sweat Basketball v. Google*
7                                          *LLC et al.*

8

9  Dated:  October 22, 2020          MILBERG PHILLIPS GROSSMAN LLP
                                      Peggy J. Wedgworth
10                                    Robert A. Wallner
                                      Elizabeth McKenna
11                                    Blake Yagman
                                      Michael Acciavatti

12                                    Respectfully submitted,

13                                    By:  /s/  *Peggy J. Wedgworth*
14                                         Peggy J. Wedgworth

15                                         *Counsel for Plaintiffs and the Proposed*
                                           *Class in Bentley, et al. v. Google LLC et al.*
16

17
   Dated:  October 22, 2020          HAUSFELD LLP
18                                    Bonny E. Sweeney
                                      Melinda R. Coolidge
19                                    Katie R. Beran
                                      Samantha J. Stein
20                                    Scott A. Martin
                                      Irving Scher
21

22                                    Respectfully submitted,

23                                    By:  /s/  *Bonny E. Sweeney*
                                           Bonny E. Sweeney
24
                                           *Counsel for Plaintiffs and the Proposed*
25                                         *Class in Peekya App Services, Inc. v.*
                                           *Google LLC et. al*
26

27

28
                                      -5-

Dated:  October 22, 2020

MORGAN, LEWIS & BOCKIUS LLP
Sujal J. Shah
Michelle Park Chiu
Minna Lo Naranjo
Rishi P. Satia

Respectfully submitted,

By:    /s/  *Brian C. Rocca*
Brian C. Rocca

*Counsel for Defendant Google LLC et. al*

## E-FILING ATTESTATION

I, Peggy J. Wedgworth, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

/s/   *Peggy J. Wedgworth*
Peggy J. Wedgworth