| | |
|---|---|
| George A. Zelcs (pro hac vice)<br>　gzelcs@koreintillery.com<br>Robert E. Litan (pro hac vice)<br>　rlitan@koreintillery.com<br>Randall P. Ewing, Jr. (pro hac vice)<br>　rewing@koreintillery.com<br>Jonathon D. Byrer (pro hac vice)<br>　jbyrer@koreintillery.com<br>**KOREIN TILLERY, LLC**<br>205 North Michigan, Suite 1950<br>Chicago, IL  60601<br>Telephone: (312) 641-9750<br>Facsimile: (312) 641-9751 | Stephen M. Tillery (pro hac vice)<br>　stillery@koreintillery.com<br>Jamie Boyer (pro hac vice)<br>　jboyer@koreintillery.com<br>Michael E. Klenov, CA Bar #277028<br>　mklenov@koreintillery.com<br>Carol O'Keefe (pro hac vice)<br>　cokeefe@koreintillery.com<br>**KOREIN TILLERY, LLC**<br>505 North 7th Street, Suite 3600<br>St. Louis, MO  63101<br>Telephone: (314) 241-4844<br>Facsimile: (314) 241-3525 |
| Karma M. Giulianelli, CA Bar #184175<br>　karma.giulianelli@bartlitbeck.com<br>Glen E. Summers, CA Bar # 176402<br>　glen.summers@bartlitbeck.com<br>Jameson R. Jones (pro hac vice)<br>　Jameson.jones@bartlitbeck.com<br>**BARTLIT BECK LLP**<br>1801 Wewatta St. Suite 1200,<br>Denver, Colorado 80202<br>Telephone: (303) 592-3100<br>Facsimile:  (303) 592-3140 | Ann Ravel<br>　aravel@mcmanisfaulkner.com<br>**MCMANIS FAULKNER**<br>Fairmont Plaza, 10th Floor, 50 West San Fernando Street<br>San Jose, CA  95113<br>Telephone: (408) 279-8700<br>Facsimile: (408) 279-3244 |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MARY CARR, individually and on behalf of all others similarly situated;<br><br>　　　　Plaintiffs,<br><br>　vs.<br>GOOGLE LLC; GOOGLE IRELAND LIMITED; GOOGLE COMMERCE LIMITED; GOOGLE ASIA PACIFIC PTE. LIMITED; and GOOGLE PAYMENT CORP.;<br><br>　　　　Defendants. | CASE NO. 5:20-cv-05761-BLF<br><br>**DECLARATION OF KARMA M. GIULIANELLI IN SUPPORT OF MOTION TO APPOINT INTERIM CLASS COUNSEL**<br><br>Date:　　　December 3, 2020<br>Time:　　　10:00 a.m.<br>Courtroom:　Via Zoom<br>Judge:　　　Hon. James Donato |

I, Karma M. Giulianelli, declare as follows:

1. I am a partner in the law firm of Bartlit Beck LLP and am one of the attorneys representing Plaintiffs in this action. I am a member of the California bar and am admitted to practice in this Court.

2. I submit this declaration in support of Plaintiffs Motion to Appoint Interim Class Counsel. The contents of this declaration are based on my personal knowledge and on information and documents provided to me by Bartlit Beck LLP. If called as a witness, I could and would competently testify thereto.

3. Attached as Exhibit A is a true and correct copy of the Benchmark Litigation article titled Benchmark US 2020 awards – New York winners announced!;

4. Attached as Exhibit B is a true and correct copy of The American Lawyer article titled The American Lawyer Announces Litigation Department of the Year Finalists;

5. Attached as Exhibit C is a true and correct copy of the BTI Consulting article titled 37 Law Firms Most Feared in Litigation;

6. Attached as Exhibit D is a true and correct copy of The American Lawyer article titled At 25, Bartlit Beck Is Still on Trial. Is Its Model Winning?;

7. Attached as Exhibit E is a list of Bartlit Beck's class action experience.

8. Attached as Exhibit F is a true and correct copy of the Legal 500, Firm Profile, Bartlit Beck;

9. Attached as Exhibit G is a true and correct copy of the American Lawyer article titled 2nd Circuit Wipes out $15M in Damages Awarded in Airline-Booking Antitrust Case;

10. Attached as Exhibit H is a true and correct copy of the Law Week Colorado article titled Court Resolves Family Business Feud;

11. Attached as Exhibit I is a true and correct copy of the Denver Post article titled Denver oil tycoon Jack Grynberg not entitled to $400 million in back pay in family feud, judge rules;

12. Attached as Exhibit J is a true and correct copy of the Benchmark Litigation article titled The Definitive Guide to America's Leading Litigation Firms & Attorneys;

13. Attached as Exhibit K is a true and correct copy of the Law 360 article titled Trial Pros: Bartlit Beck's Chris Lind;

14. Attached as Exhibit L is a true and correct copy of the Chicago Lawyer article titled The Next Generation, Rising Stars of the Trial Bar.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on October 28, 2020 in Denver, Colorado.

*/s/ Karma M. Giulianelli*
Karma M. Giulianelli