# EXHIBIT B

### *The American Lawyer Announces Litigation Department of the Year Finalists*

Law.com (Online)

This article also appears in the following ALM publications:

The American Lawyer

October 1, 2019 Tuesday

Copyright 2019 ALM Media Properties, LLC All Rights Reserved Further duplication without permission is prohibited



**Length:** 498 words

## Body

The nominations were plentiful and the competition fierce. After weeks of judging and debate, The American Lawyer is pleased to announce our editors' picks for finalists in our Litigation Department of the Year Awards.

Over the past several weeks, editors from around the country have read through details on hundreds of cases, learned about the philosophy of firms' litigation departments and strategy, and generally amassed a deeper sense of the tremendous work being done on behalf of clients around the globe. Our finalists below represent firms we feel are at the core of industry-changing matters, leading the charge on their clients' most important cases and operating at a level that sets them apart from their peers. They show prowess now and demonstrate a staying power that will keep clients coming back.

Below, we announce the finalists for our general Litigation Department of the Year category, as well as our specialty categories, our best national specialty/boutique firms, and our regional Litigation Departments of the Year. The finalist are presented in alphabetical order. The winner in each category will be announced at our annual gala, *The American Lawyer Industry Awards* in New York on Dec. 4. Congratulations to our finalists!

Finalists for Litigation Department of the Year -  General

- Cravath, Swaine & Moore
- Gibson, Dunn & Crutcher
- O'Melveny & Myers
- Paul, Weiss, Rifkind, Wharton & Garrison
- Quinn, Emanuel, Urquhart & Sullivan
- Sidley Austin

Litigators of the Year (Grand Prize Winner announced Dec. 4)

The American Lawyer Announces Litigation Department of the Year Finalists

- Ted Boutrous of Gibson, Dunn & Crutcher
- Evan Chesler of Cravath, Swaine & Moore
- Shay Dvoretzky of Jones Day
- Roberta Kaplan of Kaplan Hecker & Fink
- David Lender of Weil, Gotshal & Manges
- Sigrid McCawley of Boies Schiller Flexner
- Sharon Nelles of Sullivan & Cromwell
- Rob Saunders of Skadden, Arps, Slate, Meagher & Flom

Finalists for Products Liability Department of the Year

- Arnold & Porter
- Covington & Burling
- Dechert
- O'Melveny & Myers

Finalists for Intellectual Property Department of the Year

- Fish & Richardson
- Morgan, Lewis & Bockius
- Perkins Coie
- Williams & Connolly

Finalists for Regulatory/White-Collar Department of the Year

- Covington & Burling
- Gibson, Dunn & Crutcher
- Paul, Weiss, Rifkind, Wharton & Garrison
- Sullivan & Cromwell

Finalists for the National Specialty/Boutique Litigation Firm of the Year

- Bartlit Beck
- Fish & Richardson
- Keker Van Nest & Peters
- Stris Maher
- Susman Godfrey
- Wheeler Trigg O'Donnell
- Yetter Coleman

Regional Litigation Departments of the Year Finalists

California

- Fish & Richardson
- Gibson, Dunn & Crutcher
- Latham & Watkins
- O'Melveny & Myers
- Orrick, Herrington & Sutcliffe

Florida

- Greenberg Traurig
- Holland & Knight

Georgia

- Greenberg Traurig
- Jones Day
- King & Spalding

New Jersey

- Greenberg Traurig
- McCarter & English

Pennsylvania

- Cozen O'Connor
- Dechert
- Hogan Lovells

Texas

- Akin, Gump, Strauss, Hauer & Feld
- Baker Botts
- Susman Godfrey

To book your table at the awards gala, please contact Andre Sutton at 757.721.9020 or email *asutton@alm.com*.

**Load-Date:** October 2, 2019

**End of Document**