Peggy J. Wedgworth
pwedgworth@milberg.com
**MILBERG PHILLIPS GROSSMAN LLP**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Telephone:   (212) 594-5300
Facsimile:   (212) 868-1229

*Counsel for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| BENTLEY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, *et al.*, <br><br> Defendants. | CASE NO. 3:20-CV-07079-JD <br><br> **NOTICE OF CHANGE OF ADDRESS** |

## NOTICE OF CHANGE OF ADDRESS

Please be advised that effective Wednesday, November 11, 2020, the physical and mailing address for PEGGY J. WEDGWORTH, ROBERT A. WALLNER, ELIZABETH MCKENNA, BLAKE H. YAGMAN, and MICHAEL A. ACCIAVATTI and MILBERG PHILLIPS GROSSMAN LLP, counsel for plaintiffs in the above-captioned matter, has changed:

| FROM: | TO: |
|---|---|
| MILBERG PHILLIPS GROSSMAN LLP | MILBERG PHILLIPS GROSSMAN LLP |
| One Pennsylvania Plaza, Suite 1920 | 100 Garden City Plaza, Suite 500 |
| New York, New York 10119 | Garden City, New York 11530 |

The firm's phone and fax numbers remain the same.

DATED: November 11, 2020

Respectfully submitted,

**MILBERG PHILLIPS GROSSMAN LLP**

*/s/ Peggy J. Wedgworth*
Peggy J. Wedgworth
100 Garden City Plaza, Suite 500
Garden City, New York 11530
E-mail:    pwedgworth@milberg.com
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

2
NOTICE OF CHANGE OF ADDRESS