UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNE BENTLEY, JENNIFER GRACE, ADAN MOYA, CORESA TRIMBLE, and ROBERT WING, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>GOOGLE LLC, GOOGLE IRELAND LIMITED, GOOGLE COMMERCE LIMITED, GOOGLE ASIA PACIFIC PTE. LIMITED, and GOOGLE PAYMENT CORP.<br><br>　　　　Defendants. | Case No.: 3:20-cv-07079-JD<br><br>**NOTICE OF APPEARANCE** |

Alex R. Straus of Greg Coleman Law PC hereby enters his appearance on behalf of Plaintiffs Dianne Bentley, Jennifer Grace, Adan Moya, Coresa Trimble, and Robert Wing in connection with the above-styled cause.

　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　**GREG COLEMAN LAW PC**

　　　　　　　　　　By:　　s/*Alex R. Straus*
　　　　　　　　　　　　　　Alex R. Straus, California Bar No. 321366
　　　　　　　　　　　　　　16748 McCormick Street
　　　　　　　　　　　　　　Los Angeles, CA 91436
　　　　　　　　　　　　　　T: 917-471-1894
　　　　　　　　　　　　　　E: alex@gregcolemanlaw.com

## CERTIFICATE OF SERVICE

　　The undersigned certifies that on November 17, 2020, the foregoing was filed using the Court's CM/ECF system and will be served via the Court's CM/ECF filing system, on all attorneys of record.

　　　　　　　　　　　　　　　　s/*Alex R. Straus*
　　　　　　　　　　　　　　　　Alex R. Straus