# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNE BENTLEY, JENNIFER GRACE, ADAN MOYA, CORESA TRIMBLE, and ROBERT WING, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>GOOGLE LLC, GOOGLE IRELAND LIMITED, GOOGLE COMMERCE LIMITED, GOOGLE ASIA PACIFIC PTE. LIMITED, and GOOGLE PAYMENT CORP.<br><br>       Defendants. | Case No.: 3:20-cv-07079-JD<br><br>**NOTICE OF APPEARANCE** |

William A. Ladnier of Greg Coleman Law PC hereby enters his appearance on behalf of Plaintiffs Dianne Bentley, Jennifer Grace, Adan Moya, Coresa Trimble, and Robert Wing in connection with the above-styled cause.

RESPECTFULLY SUBMITTED,

**GREG COLEMAN LAW PC**

By:   s/*William A. Ladnier*
         William A. Ladnier, California Bar No. 330334
         800 S. Gay Street, Suite 1100
         Knoxville, TN 37929
         T: 865-247-0080
         F: 865-522-0049
         E: will@gregcolemanlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 18, 2020, the foregoing was filed using the Court's CM/ECF system and will be served via the Court's CM/ECF filing system, on all attorneys of record.

         s/*William A. Ladnier*
         William A. Ladnier