| | |
|---|---|
| Alison E. Chase (SBN 226976) | Laura Gerber, *Pro Hac Vice forthcoming* |
| KELLER ROHRBACK L.L.P. | Matthew Gerend, *Pro Hac Vice forthcoming* |
| 801 Garden Street, Suite 301 | Karin Swope, *Pro Hac Vice forthcoming* |
| Santa Barbara, CA 93101 | Garrett Heilman, *Pro Hac Vice forthcoming* |
| Telephone: (805) 456-1496 | KELLER ROHRBACK L.L.P. |
| Fax: (805) 456-1497 | 1201 Third, Suite 3200 |
| achase@kellerrohrback.com | Seattle, WA 98101 |
| | Telephone: (206) 623-1900 |
| | Fax: (206) 623-3384 |
| | lgerber@kellerrohrback.com |
| | mgerend@kellerrohrback.com |
| | kswope@kellerrohrback.com |
| | gheilman@kellerrohrback.com |

*Attorneys for Plaintiff Jared Stark*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE BENTLEY, et al., | No. 3:20-cv-07079 JD |
| Plaintiffs, | |
| v. | PLAINTIFF'S NOTICE OF FILING |
| GOOGLE LLC; et al., | |
| Defendants. | |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on November 24, 2020, Jared Stark, Plaintiff in the matter of *Stark. v. Google LLC et al.*, No. 5:20-cv-8309 filed an Administrative Motion to Consider Whether Cases Should Be Related ("Administrative Motion") in *In re Google Play Consumer Antitrust Litigation*, No. 3:20-cv-05761 at ECF No. 84. A true and correct copy of Plaintiff's Administrative Motion is attached hereto as **Exhibit A**.

DATED this 25th day of November, 2020.

KELLER ROHRBACK L.L.P.


By /s/ Alison Chase
    Alison Chase (SBN 226976)
    801 Garden Street, Suite 301
    Santa Barbara, CA 93101
    Telephone: (805) 456-1496
    Fax: (805) 456-1497
    Achase@kellerrohrback.com

    Laura R. Gerber *Pro Hac Vice forthcoming*
    Matthew M. Gerend *Pro Hac Vice forthcoming*
    Karin B. Swope *Pro Hac Vice forthcoming*
    Garrett Heilman *Pro Hac Vice forthcoming*
    1201 Third, Suite 3200
    Seattle, WA 98101
    Telephone: (206) 623-1900
    Fax: (206) 623-3384
    Lgerber@kellerrohrback.com
    Mgerend@kellerrohrback.com
    Kswope@kellerrohrback.com
    Gheilman@kellerrohrback.com

***Attorneys for Plaintiff Jared Stark***